| | | | |
|---|---|---|---|
| | AUSA: | P. Patrick Martin | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Bryan Taube, FBI | Telephone: (734) 995-1310 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
      v.

HAOXIANG GAO

Case No.      2:25-mj-30310
Judge: Unassigned,
Filed: 05-13-2025 At 12:49 PM
sealed matter (da)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 19, 2025, _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1073 | Flight to Avoid Prosecution. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Taube, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _ May 13, 2025 _____

_____
*Judge's signature*

City and state: _ Detroit, MI _____

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A CRIMINAL COMPLAINT

I, Bryan Taube, a Special Agent of the Federal Bureau of Investigation, being duly sworn, upon my oath depose and state:

### INTRODUCTION

1.      I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, since February 2003.  In my current capacity, I am assigned to the Detroit Division, Ann Arbor Resident Agency, located in Ann Arbor, Michigan. As a federal agent, I am authorized to, among other things, investigate violations of the criminal laws of the United States and execute federal search and arrest warrants.

2.      I have investigated a number of federal crimes, including bribery, conspiracy, racketeering, murder, extortion, wire fraud, mail fraud, fraud against the government, voter fraud, intellectual property rights, child pornography, and bank robbery. I have gained experience in conducting such investigation through training and everyday work related to these types of cases.

### PURPOSE OF THIS AFFIDAVIT

3.      This affidavit is being submitted to establish probable cause for a criminal complaint for HAOXIANG GAO, a national of the People's Republic of

China (PRC), for violation of Title 18 U.S. Code § 1073 - Flight to Avoid

Prosecution.

4.      Because this affidavit is submitted for the limited purpose of

establishing probable cause for a criminal complaint, it does not set forth each and

every fact that I and others have learned during the course of this investigation.

Rather, the affidavit sets forth a summary of the investigation to date in order to

establish probable cause that HAOXIANG GAO engaged in criminal conduct.

## UNQUALIFIED VOTE

5.      In October 2024, GAO was attending the University of Michigan and

living in a student dormitory at 324 Observatory Street, Room #4515, Ann Arbor,

Michigan.

6.      GAO is not a U.S. citizen. GAO holds a Permanent Resident Card

(Green Card), Florida driver's license, and Social Security number.

7.      On October 28, 2024, members of the University of Michigan Public

Safety & Security (UMPSS) interviewed GAO about reports that GAO had

unlawfully cast a vote in the November 2024 federal election. During the

interview, GAO acknowledged that the day before, on October 27, 2024, he

registered to vote and cast a vote in the 2024 federal election at the polling location

located at the University of Michigan Museum of Art (UMMA), in Ann Arbor,

Michigan.

8.      After interviewing GAO, UMPSS collected the standardized State of

Michigan Voter Registration Application form that GAO had completed using his

identifying information and signed as a prerequisite to casting his vote (the

"Application"). In the "Qualifications" section of the Application, it indicated in

bold language: "If you are not a U.S. citizen DON'T complete this form." The

Qualifications section then had the declarative statement, "I am a United States

citizen," followed by a "yes" box and a "no" box. On the Application, the "yes"

box was checked.

9.      At the bottom of the Application, there was a signature box. The

signature box contained several certification statements, including: "I am a United

States citizen" and "I am a Michigan resident and will vote only after I have lived

in my city or township for at least 30 days." The box contained a scribble that was

unintelligible.

10.     UMPSS also collected the official Early Voting – BOD (ballot-on-

demand), Application to Vote – Poll List form that GAO had completed as a

prerequisite to casting his vote. Directly above what appeared to be GAO's

handwritten name as "Signature of Voter," the form stated in bold: "I certify that I

am a United States citizen and a registered and qualified elector in this precinct,

and hereby make application to vote at this election." Based on a comparison to

- 3 -

GAO's handwriting found on his Florida driver's license, the signature line of the Application to Vote appeared to have GAO's handwritten signature.

### STATE OF MICHIGAN COURT PROCEEDINGS

11.    On October 30, 2024, a felony complaint and warrant for GAO was signed and issued in the State of Michigan 15th District Court in Ann Arbor, MI.

12.    On November 1, 2024, as requested by UMPSS and facilitated by GAO's legal counsel, GAO turned over a PRC passport in his name, bearing number XXXXX1332, to UMPSS.

13.    On November 8, 2024, GAO turned himself in via Zoom and was arraigned in the State of Michigan 14th District Court in Ann Arbor, MI, for the following state felony violations:

- MCL 168.933 – False Swearing to Register/Vote

- MCL 168.932a(c) – Unqualified Elector Attempting to Vote

14.    That same day, GAO was released on a $5000 personal bond.

a.    Among other conditions of pretrial release, the court ordered that GAO not leave the state of Michigan without the court's permission and that GAO surrender his passport during pendency of case, which was already in possession of UMPSS.

b.    On November 11, 2024, GAO turned himself in to UMPSS for processing, as directed by the court.

- 4 -

## FLIGHT TO AVOID PROSECUTION

15.    On January 16, 2025, a Probable Cause conference in GAO's case was scheduled in the 14th District Court. Prior to its occurrence, the court rescheduled the conference for March 6, 2025.

16.    On January 19, 2025, just three days after GAO's originally scheduled Probable Cause conference, U.S. Customs and Border Patrol border and travel records indicate that GAO boarded Delta flight #389 at the Detroit International Airport (DTW) with a destination of Shanghai, China.

      a.    GAO used a PRC passport in his name, bearing number

      XXXXX7137 to pass through airport security and board the flight to

      Shanghai, China.

      b.    By boarding the flight at DTW and travelling to China, GAO

      travelled in foreign commerce.

17.    On March 6, 2025, GAO failed to appear for the Probable Cause conference in his case. The conference was rescheduled for April 24, 2025.

18.    On April 24, 2025, GAO failed to appear a second time for the Probable Cause conference in his case. Following this, the court issued a bench warrant for GAO for his "Failure to Appear".

## CONCLUSION

19.     In light of the information and evidence described above, I submit

that there is probable cause to believe that HAOXIANG GAO travelled in foreign

commerce from the United States to China on or about January 19, 2025, to avoid

a felony prosecution by the State of Michigan, in violation of Title 18 U.S. Code §

1073 - Flight to Avoid Prosecution.


<br>

BRYAN TAUBE, Special Agent
Federal Bureau of Investigation


Sworn to before me and signed in my
presence and/or by reliable electronic
means.


HON. ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: May 13, 2025